# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY CUTLER, EAST LAMPETER TOWNSHIP TAX COLLECTOR, | : | No. 29 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| AMBER GREEN, LANCASTER COUNTY TREASURER, RALPH HUTCHINSON, EAST LAMPETER TOWNSHIP MANAGER AND BENTLEY RIDGE APARTMENTS, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2017, the "Extraordinary Petition for Declaratory and Injunctive Relief and Summary Judgment" and the Application for Stay are **DENIED**.